UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>JORGE RIOS-OVALLE (01)<br><br>                    Defendant. | CASE NO. 14CR3061-DMS<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) of:  8 USC 1324(a)(2)(B)(iii);18 USC 2.

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/04/14

                                RUBEN B. BROOKS
                                UNITED STATES DISTRICT JUDGE

                                ENTERED ON _____